UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Janice M. Wallace</u>

       v.                         Civil No. 09-cv-373-JD

<u>State of NH</u>

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Addendum to Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Addendum to Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Addendum to Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

                                                       <u>*/s/ James R. Muirhead*</u>
                                                       James R. Muirhead
                                                       United States Magistrate Judge

Date: January 8, 2010

cc:      Janice M. Wallace, pro se