UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Janine M. Wallace</u>

            v.            Civil No. 09-cv-373-JD

<u>State of NH</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 28, 2010.

SO ORDERED.

February 9, 2010            <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

cc:    Janine M. Wallace, pro se